FORM 13

### UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _____Eric R. Rock of Rock Trade Law LLC_____
(Name of attorney of record)
on behalf of _____JHTNA MANUFACTURING LLC_____ in the matter of _____JHTNA MANUFACTURING LLC_____ v. _____United States, et al_____,
Court No. __25-cv-00318__.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

JHTNA Manufacturing LLC is a subsidiary of publicly-held Johnson Health Tech. Co., Ltd.

2. Indicate whether the party on whose behalf this Form is being filed is [ **X** ] or is not [  ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

_(Signature of Attorney)_

December 1, 2025
(Date)